Mabel B. Ryer, Appellant, v. Reno R. Billington, Respondent.— Order

affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.